UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE: STEPHEN RODRIGUE,  )<br>Owner of the recreational vessel  )<br>the EMILISE, a 33-foot Grady White,  )<br>Hull Identification #NTLEX3091718,  )<br>USCG Official #1300088,  )<br>her engines, tackle, apparel,  )<br>appurtenances, fittings, etc.,  )<br>    )<br>For Exoneration from  )<br>and/or Limitation of Liability,  )<br>    )<br>    Plaintiff  ) | No. 2:24-cv-00433-SDN |

**AMENDED ORDER DIRECTING ISSUANCE OF NOTICE
AND RESTRAINING PROSECUTION OF CLAIMS**

Stephen Rodrigue, the Plaintiff and owner of the recreational vessel the EMILISE, a 33-foot Grady White, Hull Identification #NTLEX3091718, USCG Official #1300088, her engines, tackle, apparel, appurtenances, fittings, etc., seeks an extension of time to perfect publication of the requisite notice. *See* Motion to Amend Procedural Order (ECF No. 9). The Plaintiff's motion is **GRANTED**, and the Court's prior order (ECF No. 4) is amended as follows:

> 3. The Clerk's Office shall issue a notice advising and admonishing all persons asserting claims for any and all losses, damages, injuries, or destruction allegedly resulting from or incident to the occurrences recited in the complaint (the "Notice") to file their respective claims with the Clerk's Office, United States District Court, 156 Federal Street, Portland, ME, 04101, on or before March 28, 2025, and serve copies of the same on the Plaintiff's attorney, David S. Smith, Farrell Smith O'Connell Aarsheim Aprans LLP, 27 Congress Street, Suite 508, Salem, MA, 01970, and requiring any claimant who desires to contest the Plaintiff's exoneration from or limitation of liability to file and serve an answer to the complaint, unless their claim includes one.

4. The Plaintiff shall publish the Notice in *The Portland Press Herald* (Maine) once a week for four (4) successive weeks prior to March 28, 2025.

All other provisions of the Court's prior order remain in effect.

*SO ORDERED*.

## *NOTICE*

*In accordance with Federal Rule of Civil Procedure 72(a), a party may serve and file an objection to this order within fourteen (14) days after being served with a copy thereof.*

*Failure to file a timely objection shall constitute a waiver of the right to review by the District Court and to any further appeal of this order.*

Dated: February 6, 2025.

/s/ Karen Frink Wolf
United States Magistrate Judge